No. 82.   Dulac Cypress Co., Ltd., et al. v. Lovell et al.   November 24, 1941.

No. 584.   Pope v. Curran et al.   November 24, 1941.

No. 624.   McLean v. Commissioner of Internal Revenue.   November 24, 1941.   The petition for rehearing is denied.   Mr. Justice Jackson took no part in the consideration and decision of this application.

No. 180.   Wagner v. United States.   December 8, 1941.   The motion for leave to file petition for rehearing is granted, and the petition for rehearing is denied.   Mr. Justice Jackson took no part in the consideration and decision of this application.

No. 315.   United States ex rel. Robinson v. Johnston, Warden.   December 8, 1941.   Petition for rehearing denied.   Mr. Justice Jackson took no part in the consideration and decision of this application.

No. 354.   Morton, Trustee, et al. v. Dardanelle Special School District No. 15.   December 8, 1941. The motion for leave to file a second petition for rehearing is granted, and the second petition for rehearing is denied.

No. 358.   Stein v. Delano, Comptroller of the Currency, et al.   December 8, 1941.   The motion for leave to file a second petition for rehearing is granted, and the second petition for rehearing is denied.